UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICARDO PICANO VALENZUELA,

       Defendant.
_____/

Case No. 1:18-cr-69

Honorable Ray Kent

## **ORDER REGARDING BOND AND DETENTION**

By Order of this Court dated July 30, 2018, defendant Richard Picano Valenzuela was released on a $5,000 unsecured appearance bond (ECF No. 6). A Petition and Order regarding conditions of pretrial release was filed on August 9, 2018 (ECF No. 10) and a warrant was issued that same day for defendant's arrest for bond violations (ECF No. 11). Defendant appeared before me with counsel on August 17, 2018 for a bond revocation hearing and consented to detention.

**IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the Attorney General pending further proceedings before the district judge.

Date: August 17, 2018

/s/ Ray Kent
RAY KENT
United States Magistrate Judge